**Order entered March 15, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01491-CV

**CHARLES A. FARRIS, JESSIE FARRIS, AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**NATIONSTAR MORGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-01834**

## ORDER

This case was submitted on January 16, 2019. On the Court's own motion, we **REMOVE** this case from submission.

We **ORDER** the case resubmitted without oral argument on March 15, 2019 before a panel consisting of Justices Bridges, Myers, and Osborne. *See* TEX. R. APP. P. 2; 39.8.

/s/ LANA MYERS
PRESIDING JUSTICE